| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter   **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Premier Healthcare Group, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-1502201** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **442 W Kennedy Blvd #320** <br> **Tampa, FL 33606** <br> Number, Street, City, State & ZIP Code <br><br> **Hillsborough** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Premier Healthcare Group, LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*)＿＿＿＿＿＿＿＿＿＿
　　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
＿＿＿＿

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

　District ＿＿＿＿＿＿＿＿ When ＿＿＿＿＿ Case number ＿＿＿＿＿＿
　District ＿＿＿＿＿＿＿＿ When ＿＿＿＿＿ Case number ＿＿＿＿＿＿

Debtor **Premier Healthcare Group, LLC**     Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Premier Healthcare Group, LLC**     Case number (*if known*)
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Premier Healthcare Group, LLC**                      Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2024**
               MM / DD / YYYY

**X /s/ Robert Cash**                                      **Robert Cash**
Signature of authorized representative of debtor           Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ Edward J. Peterson**                               Date **February 14, 2024**
Signature of attorney for debtor                                 MM / DD / YYYY

**Edward J. Peterson**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-225-2500**       Email address

**0014612 - Florida FL**
Bar number and State

Premier Healthcare Group, LLC
442 W Kennedy Blvd #320
Tampa, FL 33606

DigitalOptometrics LLC
1979 Marcus Ave #206
New Hyde Park, NY 11042

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Edward J. Peterson
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

Emanuel & Zwiebel, PLLC
Bldg B, Ste. 100
7900 Peters Road
Fort Lauderdale, FL 33324

John Dambraukas
2457 Northumbra Drive
Sanford, FL 32771

AdvancedMD
PO Box 35142
Seattle, WA 98124-5143

Englander Fisher
721 First Ave. N
Saint Petersburg, FL 33701

Julije Vucemilovich
6844 Wild Lake Terrace
Bradenton, FL 34212

American Express
PO Box 96001
Los Angeles, CA 90096-8000

FedEx
3610 Hacks Cross Road
Memphis, TN 38125

Jumpstart 2023 LLC
Suite 1900
414 Union Street
Nashville, TN 37219

AP 442 W Kennedy Blvd LLC
1616 Camden Road, Suite 210
Charlotte, NC 28203

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Leaf Capital Funding, LLC
PO Box 5066
Hartford, CT 06102-5066

Balboa Capital Corporation
575 Anton Blvd #1080
Costa Mesa, CA 92626

Frontier
PO Box 740407
Cincinnati, OH 45274

Leaf Capital Funding, LLC
2005 Market St 14th FL
Philadelphia, PA 19103

Bedinghaus & Co.
2358 Drew Street
Clearwater, FL 33765

Hancock Askey & Co.
100 S. Ashley Dr #1550
Tampa, FL 33602

Lorena Brownell
500 New York Ave #23
Dunedin, FL 34698

Capitol One
P.O. Box 30285
Salt Lake City, UT 84130

Hillsborough County Tax
  Collector
601 E. Kennedy Blvd.
14th Floor
Tampa, FL 33602-4931

Marsh & McLennan Agency
101 N Starcrest Drive
Clearwater, FL 33765

CT Corporation System
Attn: SPRS
330 N Brand Blvd #700
Glendale, CA 91203

iCare Labs
4399 35th Street N
Saint Petersburg, FL 33714

Mary Hausman
8311 Orient Way NE
Saint Petersburg, FL 33702

Medicare Together
Suite 170
10050 University Center Dr
Tampa, FL 33612

Mid-Century (Island Marine)
Unit 300
4221 W Boy Scout Blvd
Tampa, FL 33607

Modern Optical
56 Chancellor Drive
Roselle, IL 60172

Moonstruck Marketing
3730 42nd Ave. N
Saint Petersburg, FL 33714

Ocuco Inc.
13135 66th Street North
Largo, FL 33773

Paul Hausman
3611 W Vasconia Street
Tampa, FL 33629

Pawnee Leasing Corporation
3801 Automation Way #207
Fort Collins, CO 80525

Progressive
PO Box 94739
Cleveland, OH 44101

R&B Auto
Unit A
4655 118th Avenue N
Clearwater, FL 33762

Regus
Suite 400
15305 N Dallas Parkway
Addison, TX 75001

Richard B. Storfer
Lorium Law, PLLC
101 NE 3rd St #1800
Fort Lauderdale, FL 33301

RingCentral
20 Davis Dr
Belmont, CA 94002

Robert and Linda Cash
580 55th Avenue NE
Saint Petersburg, FL 33703

Robert Cash
4113 W San Luis St
Tampa, FL 33629

Solove Law Frim, PA
PO Box 5602608
Miami, FL 33256

Stratus PEO
Suite 140
4343 Anchor Plaza Parkway
Tampa, FL 33634

Trenam Law
PO Box 1102
Tampa, FL 33601

US Bank Equipment Finance
800 Nicollet Mall
Minneapolis, MN 55402

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

Visibility Management LLC
17 Island Drive
Saint Petersburg, FL 33706

Wells Fargo Bank, NA
F0005-044
800 Walnut Street
Des Moines, IA 50309

WEX
PO Box 4337
Carol Stream, IL 60197-4337